```
FILED
Apr 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ Al        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN EARL SLATER,<br><br>　　　　　Defendant. | Case No. '24 CR0666 JES<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253 - Criminal Forfeiture |

　　The grand jury charges:

　　　　　　　　　　　　Count 1

　　Between on or about November 14, 2023, and through on or about January 24, 2024, within the Southern District of California, defendant BENJAMIN EARL SLATER, who has been previously convicted on December 3, 2019, of Lewd or Lascivious Acts with a Child in violation of California Penal Code § 288(a), did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce, and which has been mailed, shipped and transported in and affecting interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

ALGR:nlv:San Diego:4/3/24

<u>Count 2</u>

Between on or about April 12, 2022, and through on or about February 20, 2024, within the Southern District of California, defendant BENJAMIN EARL SLATER, who has been previously convicted on December 3, 2019, of Lewd or Lascivious Acts with a Child in violation of California Penal Code § 288(a), did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed or so shipped or transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>FORFEITURE ALLEGATIONS</u>

1. The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of one and more of the offense alleged in Counts 1 and 2, which allege violations of Title 18, United States Code, Sections 2252, defendant BENJAMIN EARL SLATER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, and received in violation of law; any property, real and personal, constituting and traceable to gross profits

and other proceeds obtained from the offenses; and any property, real and personal, used and intended to be used to commit and to promote the commission of such offenses and any property traceable to such property.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253.

DATED: April 3, 2024.

TARA K. McGRATH
United States Attorney

By: _____
AMANDA L. GRIFFITH
Assistant U.S. Attorney